**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**HENRY LEE DENNIS (# L3904)**                                                      **PETITIONER**

**v.**                                                                                            **No. 4:05CV147-P-B**

**SUPERINTENDENT LAWRENCE KELLY, ET AL.**                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition under 28 U.S.C. § 2254 for a writ of *habeas corpus* is hereby **DENIED.**

**SO ORDERED,** this the 15th day of May, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE